UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                                    :

ABC,                                                            :

                    Plaintiffs,          :

                                                             :                23-MC-207 (VSB)

                  - against -          :

                                                             :                <u>ORDER</u>

DEF,                                                            :

                    Defendants,     :

-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of the Plaintiffs' materials concerning their motion for leave to file a civil case under seal.  Accordingly, it is hereby:

      ORDERED that counsel for all parties appear telephonically for a conference scheduled on October 31, 2023 at 1:00 p.m.  The call-in number for the conference line is 888-363-4749 and the access code is 2682448.  The parties should be prepared to discuss the sealing request, including Defendants' position with regard to the request.

SO ORDERED.

Dated:     October 25, 2023
              New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge