```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
ABC,                                                  :
                                                      :
                    Plaintiffs,                       :
                                                      :           23-MC-207 (VSB)
              - against -                             :
                                                      :               ORDER
DEF,                                                  :
                                                      :
                    Defendants,                       :
                                                      :
-------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Today, I held a telephonic conference in this case. In accordance with my comments made during the conference, it is hereby:

      ORDERED that by Friday, November 3, 2023, Plaintiff's counsel is directed to contact the third party to the underlying contract and to file a letter informing the court as to whether the third party has any confidentiality concerns with respect to the Complaint.

SO ORDERED.

Dated:    October 31, 2023  
            New York, New York

                                                    Vernon S. Broderick  
                                                    United States District Judge